**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| APPALACHIAN COMMUNITY CAPITAL CORPORATION, <br><br>                  Plaintiff, <br><br>        v. <br><br> UNITED STATES OF AMERICA, <br><br>                 Defendant. | Civ. No. 26-562 |

**PLAINTIFF'S MOTION TO ADMIT SAMUEL ROSH PRO HAC VICE**

Pursuant to Rule 83.1(a)(2) of this Court, Plaintiff Appalachian Community Capital Corporation respectfully moves the Court to admit Samuel Rosh *pro hac vice* in this matter.

Pursuant to this Court's rules, this motion is made by the attorney of record, John Keller, a member of the bar of this Court, who will be present for all proceedings. Mr. Rosh's business address is 250 Vesey Street, 27th Floor, New York, NY 10281, his email address is srosh@wmhwlaw.com, and his telephone number is (212) 335-2983. Mr. Rosh is admitted to practice before the New York Court of Appeals, which is the highest court in the state of New York, and his bar registration number is 5656574.

Dated:   Washington, DC
          April 22, 2026

Respectfully submitted,

**WALDEN MACHT HARAN & WILLIAMS LLP**

By:    /s/       *John Keller*
        John Keller
        1120 20th St. NW
        Washington, DC 20036
        Tel: (202) 212-6020
        jkeller@wmhwlaw.com

        *Attorney for Plaintiff*