**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |
|---|---|
| APPALACHIAN COMMUNITY CAPITAL CORPORATION,<br><br>               Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | Civ. No. 26-562 |

Samuel Rosh affirms under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney at the law firm of Walden Macht Haran & Williams LLP.

2.      Pursuant to Rule 83.1(a)(2) of this Court, I submit this declaration in support of the motion to appear *pro hac vice*.

3.      My business address is 250 Vesey Street, 27th Floor, New York, NY 10281.  My email address is srosh@wmhwlaw.com, and my telephone number is (212) 335-2983.

4.      I am a member in good standing of the bar of the highest court of New York.

5.      I declare under penalty of perjury that the foregoing is true and correct.


Date:  April 22, 2026                    /s/ *Samuel Rosh*
                                         Samuel Rosh