**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| APPALACHIAN COMMUNITY CAPITAL CORPORATION,<br><br>               Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | No. 26-562<br><br>Hon. Thompson M. Dietz |

To:    The Clerk of the Court and all parties of record:

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Plaintiff Appalachian Community Capital Corporation in the above-captioned matter and requests that all notices and other papers in this action be served at the address stated below.

Dated:  New York, NY           Respectfully submitted,
        April 28, 2026

                              **WALDEN MACHT HARAN & WILLIAMS LLP**

             By:   /s/        *Samuel Rosh*
                    Samuel Rosh
                    250 Vesey Street, 27th Floor
                    New York, NY 10281
                    Tel: (212) 335-2030
                    srosh@wmhwlaw.com

                    *Attorney for Plaintiff*