**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| APPALACHIAN COMMUNITY CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civ. No. 26-562<br><br>Judge Dietz |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 83.1(b)(4) of the Rules of the United States Court of Federal Claims, I respectfully move to withdraw as counsel (and lead counsel) for Plaintiff Appalachian Community Capital Corporation because I will be departing Walden Haran Williams LLP on September 1, 2026. Plaintiff will continue to be represented by other counsel of record, and I have provided notice of my intent to move to withdraw to my client. I am not asserting a retaining or charging lien.

Dated: Washington, DC
August 21, 2026

Respectfully submitted,

**WALDEN HARAN WILLIAMS LLP**

By: /s/ *John Keller*

John Keller
1120 20th St. NW
Washington, DC 20036
Tel: (202) 212-6020
jkeller@wmhwlaw.com

*Attorney for Plaintiff*