**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| APPALACHIAN COMMUNITY CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civ. No. 26-562<br><br>Judge Dietz |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, Plaintiff Appalachian Community Capital Corporation respectfully moves for a two-week extension of time to file the joint preliminary status report, currently due September 3, 2026. This is Plaintiff's first request for an extension of time. The extension is requested due to ongoing discussions with the government regarding how the case is to proceed, and the parties would find it helpful to have additional time to conduct those discussions and to consult with their clients regarding the same. The government does not oppose the requested extension.

Dated: Washington, DC
September 2, 2026

Respectfully submitted,

**DEMOCRACY DEFENDERS FUND**

By: /s/*Lindsay W. Zimliki*

Lindsay W. Zimliki
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
lindsay@democracydefenders.org

**WALDEN HARAN WILLIAMS LLP**
Samuel Rosh (admitted *pro hac vice*)
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
srosh@whwllp.com

*Attorney for Plaintiff*