# In the United States Court of Federal Claims

No. 26-562
(Filed: October 14, 2026)

```
***********************************
APPALACHIAN COMMUNITY             *
CAPITAL CORPORATION,              *
                                  *
              Plaintiff,          *
                                  *
       v.                         *
                                  *
UNITED STATES OF AMERICA,         *
                                  *
              Defendant.          *
***********************************
```

**SCHEDULING CONFERENCE ORDER**

The Court will conduct a preliminary scheduling conference in the above-captioned case on **Thursday, October 22, 2026, at 11:00 a.m. (ET)** via Microsoft Teams video call. Instructions for joining the conference will be provided to the attorneys of record via electronic mail.

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge