# In the United States Court of Federal Claims

**APPALACHIAN COMMUNITY CAPITAL CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**Case No. 26-562C**

**NOTICE OF FILING OF OFFICIAL TRANSCRIPT**

Notice is hereby given that an official transcript of proceeding held on **October 22, 2026,** has been filed in the above-captioned matter. Pursuant to RCFC 80.1(c)(6), the parties have seven (7) calendar days from the date of this notice to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days.

If a party to the case would like to review the transcript for redaction purposes, the party may purchase a copy from the official court reporter (at which time the purchasing party will receive immediate electronic access to the transcript) or view the document at the Clerk's Office public terminal. Please contact the Clerk's Office at (202) 357-6406 for more information.

**October 28, 2026**

**s/Analeah Charles**
**Deputy Clerk**